# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JALEN WEBB, ) | |
| ) | CASE NO.: 3:22-cv-00808 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE TRAUGER |
| ) | |
| KAPPA SIGMA FRATERNITY aka ) | MAGISTRATE JUDGE FRENSLEY |
| KAPPA SIGMA INTERNATIONAL ) | |
| FRATERNITY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS BY DEFENDANT STEPHEN HUNTER GRAND II

COMES NOW Defendant, Stephen Hunter Grand II (erroneously identified as Hunter Lindsay Grand in the Complaint), and moves the Court to dismiss this action against him for insufficient service of process pursuant to Rule 12(b)(5), Fed. R. Civ. P. As grounds, the Defendant asserts that the Plaintiff has failed to serve him with process pursuant to Rule 4, Fed. R. Civ. P. and within the time period prescribed by Rule 4.

Pursuant to Local Rule, the Defendant is submitting a Memorandum in support of this Motion to Dismiss, to which reference is made.

Respectfully submitted,

BARNEY LAW FIRM

 s/ John A. Barney
John A. Barney (TN BPR No. 17871)
503 Prince of Wales Ct.
Franklin, TN  37064
Ph (615) 224-8540
Fax (615) 261-9171
john@bbmclaw.com

## CERTIFICATE OF SERVICE

  I certify that on June 2, 2023, I electronically filed the foregoing document(s) and that it/they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document(s) was mailed via U.S. Mail to the person(s) listed below:

Benjamin Miller
1320 Journey Dr., Apr. 413
Murfreesboro, TN 37130

Connor Jackson Cress
1911 Shady Hollow Ln.
Knoxville, TN 37922

Adrian Alexander Mendoza
906 Hampstead Ln.
Murfreesboro, TN 37129

                s/ John A. Barney
                John A. Barney

2

Case 3:22-cv-00808   Document 54   Filed 06/02/23   Page 2 of 2 PageID #: 190