IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JALEN WEBB, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:22-CV-808 |
| | ) | JURY DEMAND |
| | ) | JUDGE TRAUGER |
| KAPPA SIGMA FRATERNITY, et al | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF NON-SUIT

**THIS MATTER** came before the Court this 8th day of June, 2023, and upon motion of the Plaintiff, Jalen Webb, by and through his attorney of record, Phillip S. Georges, for a voluntary non-suit of Defendant, KAPPA IOTA, at Middle Tennessee/Kappa Sigma Housing Corporation with-out prejudice to Plaintiff's right to re-file same pursuant to FRCP Rule 41 and Tenn. R. Civ P. 41.01(1)

**IT APPEARING** to the Court that said motion for voluntary non-suit of Defendant, KAPPA IOTA, at Middle Tennessee/Kappa Sigma Housing Corporation should be granted, which fact is evidenced by the endorsement of counsel

below, it is

**ORDERED AND ADJUDGED** that this case be, and hereby is, dismissed, without prejudice, pursuant to FRCP Rule 41 and Tenn. R. Civ P. 41.01(1), against Defendant, KAPPA IOTA, at Middle Tennessee/Kappa Sigma Housing Corporation; and

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE