Motion DENIED AS MOOT.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JALEN WEBB, | ) |
| | ) CASE NO.: 3:22-cv-00808 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE TRAUGER |
| | ) |
| KAPPA SIGMA FRATERNITY aka | ) MAGISTRATE JUDGE FRENSLEY |
| KAPPA SIGMA INTERNATIONAL | ) |
| FRATERNITY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS BY DEFENDANT STEPHEN HUNTER GRAND II

COMES NOW Defendant, Stephen Hunter Grand II (erroneously identified as Hunter Lindsay Grand in the Complaint), and moves the Court to dismiss this action against him for insufficient service of process pursuant to Rule 12(b)(5), Fed. R. Civ. P. As grounds, the Defendant asserts that the Plaintiff has failed to serve him with process pursuant to Rule 4, Fed. R. Civ. P. and within the time period prescribed by Rule 4.

Pursuant to Local Rule, the Defendant is submitting a Memorandum in support of this Motion to Dismiss, to which reference is made.

Respectfully submitted,

BARNEY LAW FIRM

s/ John A. Barney
John A. Barney (TN BPR No. 17871)
503 Prince of Wales Ct.
Franklin, TN 37064
Ph (615) 224-8540
Fax (615) 261-9171
john@bbmclaw.com