IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JALEN WEBB, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00808 |
| ) | Judge Trauger/Frensley |
| ) | |
| KAPPA SIGMA FRATERNITY, et al., ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

A Case Management Conference is set for September 29, 2023 at 9:30 a.m. via telephone. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge