IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JALEN WEBB, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 3:22-cv-00808 |
| KAPPA SIGMA FRATERNITY, ) | Judge Trauger/Frensley |
| KAPPA IOTA, ET AL ) | Jury Demand |
|     Defendant ) | |

## ORDER

Pending before the Court is a motion for discovery telephone conference in this matter. Docket No. 67. The Motion was referred to the undersigned for resolution. Docket No. 69.

The Court held a conference with the Parties on September 29, 2023, to discuss the issues raised in the motion. Based upon the guidance provided by the Court, the Plaintiff shall supplement discovery responses on or before **October 6, 2023**. In the event there remain outstanding issues following the supplementation, the Parties shall contact the undersigned's chambers to address any issues.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**