IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JALEN WEBB, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-00808 |
| | ) | Judge Aleta A. Trauger |
| KAPPA SIGMA FRATERNITY aka | ) | |
| KAPPA SIGMA INTERNATIONAL | ) | |
| FRATERNITY, KAPPA IOTA | ) | |
| at MIDDLE TENNESSEE/KAPPA | ) | |
| SIGMA HOUSING CORPORATION, | ) | |
| WILLIAM THOMAS COLE LUKENS, | ) | |
| CONNOR JACKSON CRESS, | ) | |
| JOSHUA M. RAMAEKERS, | ) | |
| BENJAMIN SCOTT MILLER, | ) | |
| CONNOR WHITE, | ) | |
| HUNTER LINDSAY GRAND, | ) | |
| KENNETH EVANS, | ) | |
| ADRIAN ALEXANDAR MENDOZA, | ) | |
| STEPHEN NICHOLAS DONAGHEY, | ) | |
| and CALEB PERKINS | ) | |
| | ) | |
|   Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss filed by defendants Stephen Nicholas Donaghey and Caleb Perkins (Doc. No. 49) and Adrian Alexandar Mendoza (Doc. No. 61) are **GRANTED**, and the claims against Donaghey, Perkins, and Mendoza are **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge