# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JALEN WEBB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 3:22-cv-00808 |
| | ) JURY DEMAND (12) |
| v. | ) |
| | ) |
| **KAPPA SIGMA FRATERNITY aka** | ) |
| **KAPPA SIGMA INTERNATIONAL** | ) **JUDGE TRAUGER** |
| **FRATERNITY, et al.,** | ) **MAGISTRATE JUDGE FRENSLEY** |
| | ) |
| **Defendants.** | ) |

---

# ORDER

---

**WHEREAS**, pursuant to the parties joint motion to extend deadlines and there being no opposition, the motion is GRANTED. **IT IS ORDERED**, that the discovery and deposition deadline of January 31, 2024 is amended to March 1, 2024.

IT IS SO ORDERED.

_____
ALETA ARTHUR TRAUGER
United States District Judge