UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Jalen Webb

                     Plaintiff,

v.                                       Case No.: 3:22−cv−00808

Kappa Sigma Fraternity, et al.

                     Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/11/2024 re [87].

                                                              Lynda M. Hill
                                                s/ Megan Gregory, Deputy Clerk