**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **JALEN WEBB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:22-CV-00808** |
| | ) | **JURY DEMAND (12)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KAPPA SIGMA FRATERNITY,** | ) | **JUDGE TRAUGER** |
| **ET AL.,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jalen Webb and Defendant Kappa Sigma Fraternity jointly stipulate that Plaintiff's claims in the above-referenced matter are dismissed WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees. Submitted this 21st day of March, 2024.

<table>
<tr>
<td>

*s/ Katelyn R. Dwyer*
Mark A. Baugh, TN BPR No. 015779
Katelyn R. Dwyer, TN BPR No. 039090
Christopher T. Biller, TN BPR No. 040230
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5746
Facsimile: (615) 726-0464
mbaugh@bakerdonelson.com
kdwyer@bakerdonelson.com
cbiller@bakerdonelson.com
*Attorneys for Kappa Sigma Fraternity*

</td>
<td>

*/s/ Phillip S. Georges* (with permission)
Phillip S. Georges, Esq. (#38360)
Law Office of Phillip S. Georges, PLLC
501 Union Street, Suite 200D
Nashville, TN 37219
phil@wolfpacklawyers.com
P: 615-486-4115 ext. 700
F: 615-576-8668
*Attorney for Plaintiff Jalen Webb*

</td>
</tr>
</table>

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a copy of the foregoing has been sent via CM/ECF to:

> Phillip S. Georges
> 2303 21st Avenue South, Suite 204
> Nashville, Tennessee 37212
> Phone: (615) 486-4115 x. 700
> Fax: (615) 576-8668
> Email: phil@wolfpacklawyers.com

*s/ Katelyn R. Dwyer*
Katelyn R. Dwyer

4856-9308-7917v1
2139964-000037 03/21/2024